# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JOSEPH G. WORTLEY, JR.,**
Appellant,

v.

**LIBERTY ARMORSTRUXX, LLC,**
Appellee.

No. 4D22-1058

[September 30, 2022]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Samantha Schosberg Feuer, Judge; L.T. Case No. 502021CA011070XXXXMB.

Craig Tompkins of Craig Tompkins, PLLC, Boca Raton, for appellant.

Michael J. Pike and Daniel Lustig of Pike & Lustig, LLP, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***